# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAN TAK LEE, | : | |
| Petitioner | : | No. 4:CV-08-1972 |
| v. | : | (Judge Nealon) |
| FRANKLIN J. TENNIS, Superintendent, et al., | : | |
| Respondents | : | |

**FILED SCRANTON AUG - 8 2014**

## ORDER

**AND NOW, THIS 7th DAY OF AUGUST, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 80), is **ADOPTED**;

2. Respondents' objections, (Doc. 82), are **OVERRULED**;

3. Petitioner's objections, (Doc. 86), are **OVERRULED**;

4. The petition for writ of habeas corpus, (Doc. 1), is **CONDITIONALLY GRANTED**;

5. Petitioner's state conviction and sentence is **VACATED**;

6. The matter is **REMANDED** to the Court of Common Pleas of Monroe County;

7. Within 120 days, the Commonwealth of Pennsylvania shall either retry Han Tak Lee or release him;

8. There is no basis for the issuance of a certificate of appealability; and

9. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**