# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAN TAK LEE, : | |
|     Petitioner : | |
| : | CIVIL NO. 4:08-CV-1972 |
| v. : | |
| : | (JUDGE NEALON) |
| KEN CAMERON, : | (MAGISTRATE JUDGE CARLSON) |
| SUPERINTENDENT, ET AL., : | |
|     Respondents : | |

## ORDER

**NOW, THIS 5th DAY OF MARCH, 2015**, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The rationale of the Report and Recommendation, (Doc. 109), is **ADOPTED**;

2. Petitioner's motion for an indicative ruling under Rule 62.1 of the Federal Rules of Civil Procedure that the writ has become absolute, (Doc. 107), is **DENIED WITHOUT PREJUDICE**; and

3. The matter is remanded to Magistrate Judge Martin C. Carlson for further proceedings.

 

                                                           **/s/ William J. Nealon**
                                                           **United States District Judge**